# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3457 PA (FFMx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | Sony Music Entertainment, et al. v. Partricia Elise Wilson | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**  **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

The Court has reviewed the plaintiff's response to this Court's Order to Show Cause on October 8, 2009.  The Court hereby continues the deadline for plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution to **November 6, 2009.**  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.

:

Initials of Preparer